## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

United States of America
                              Plaintiff,

v.                                          Case No.: 1:05−cv−05140
                                            Honorable Mark Filip

National Association of Realtors
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 10, 2007:

     MINUTE entry before Judge Morton Denlow :Motion hearing held on 5/10/2007 regarding motions [119]and [124]. Defendant's Motion to reject the retroactive assertion of privilege by ZipRealty, Inc. [119] is granted without objection. Plaintiff 9;s motion to reject the retroactive assertion of privilege by NAR as to certain documents [124] is taken under advisement. Ruling by mail on or by 5/31/07. Magistrate Judge Status hearing held on 5/10/2007. Status hearing set for 9/11/2007 at 10:15 AM. Motions terminated: MOTION by Defendant National Association of Realtors To Reject The Retroactive Assertion of Privilege By ZipRealty, Inc. As To Certain Documents It Produced To The Department of Justice[119] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.