UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Civil Action No. 05 C 5140 |
| Plaintiff, | ) ) ) | Judge Kennelly |
| v. | ) ) ) | Magistrate Judge Denlow |
| NATIONAL ASSOCIATION OF REALTORS | ) ) ) ) | |
| Defendant. | ) ) | |

UNITED STATES' SUPPLEMENTAL RESPONSE
TO THE COURT'S QUESTIONS
AT THE DECEMBER 3, 2007 STATUS HEARING

Plaintiff United States files this Supplemental Response to note three items that it should have noted in response to one of the Court's questions during the status hearing on December 3, 2007. The Court asked the parties to list any discovery issues that may not be fully resolved by the first week of January. In responding, Plaintiff's counsel failed to recall three such issues; Plaintiff files this Supplemental Response in order not to leave the record incomplete until the next status hearing.

First, a third party, Home Services, Inc., one of the largest brokerage companies in the United States, completed its large document production to plaintiff near the end of the discovery period (having been subpoenaed January 12, 2007). Plaintiff is quickly reviewing this document production; it is possible that a deposition will be required after the documents are reviewed, although our current prediction is that no such deposition will be required.

Second, a Canadian, Brendan King, may agree to appear as a witness for defendant National Association of Realtors (NAR). If Mr. King will appear, the United States will need to depose him, and also need document discovery prior to that deposition. Because Mr. King recently announced his resignation, his employer told the parties today that it is unsure whether it will provide a witness and that it will revisit the issue in January. (Defendant disclosed Mr. King as a possible trial witness on November 19, 2007. Plaintiff had previously noticed his deposition, but subsequently decided that this deposition was unnecessary; defendant then added him to its trial witness list.) The United States has sought voluntary submission of documents to obviate the need for formal document discovery (which would be more cumbersome than normal as the documents are in Canada). We have been in discussions with defendant and Mr. King's employer about this matter.

Third, on November 16, 2007, defendant produced to the United States a survey that may be relevant to the litigation. We have asked followup questions of defendant that may provide all of the additional disclosure that we need, but we may need to send a subpoena to the firm that worked with NAR on the survey, Aon Consulting.

Plaintiff's counsel apologizes for not recalling these matters in the discussion before the Court last Monday.

Respectfully submitted,

Craig W. Conrath
U.S. Department of Justice
Antitrust Division
325 Seventh Street, N.W., Suite 300

Washington, D.C. 20530
Tel: (202) 307-5779
Fax: (202) 307-9952

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

Dated: December 13, 2007

## Certificate of Service

I, Craig Conrath, hereby certify that on this 13th day of December, 2007, I caused a copy of the foregoing SUPPLEMENTAL RESPONSE TO THE COURT'S QUESTIONS AT THE DECEMBER 3, 2007, STATUS HEARING to be served on the person listed below by ECF.

Jack R. Bierig
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
jbierig@sidley.com