# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5140 | **DATE** | 3/5/2008 |
| **CASE TITLE** | United States vs. Natl. Assn. of Realtors | | |

**DOCKET ENTRY TEXT**

Argument heard on plaintiff's motion to exclude testimony (etc.).  Motion is entered and continued for the reasons stated in open court.  The parties are directed to confer and attempt to agree on a deadline for defendant to submit the equivalent of a Rule 26(a)(2)(A) report (as discussed in court) for the proposed "Point2" witness and for the taking of the witness' deposition, as well as for the submission of supplemental briefs on the motion to exclude testimony after the deposition is taken.  Telephone conference, to be initiated by counsel, is set for 3/18/08 at 9:00 a.m. to address these topics.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|