## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States of America

                       Plaintiff,

v.                                              Case No.: 1:05−cv−05140
                                                   Honorable Matthew F. Kennelly

National Association of Realtors

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 3/18/2008 with attorneys for both sides by telephone., Set deadlines/hearing as to motion for discovery[195] : Plaintiff's supplemental brief is to be filed by 4/30/2008; Response due by 5/7/2008, Reply due by 5/14/2008.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.